987 A.2d 617

IN THE MATTER OF MARTIN BURGER,
AN ATTORNEY AT LAW.

February 16, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–243, concluding that **MARTIN BURGER** of **PALISADES PARK**, who was admitted to the bar of this State in 1953, should be reprimanded for violating *RPC* 5.4(a) (sharing legal fees with nonlawyer employee), and *RPC* 7.3(d) (compensating or giving anything of value to a person to recommend or secure the lawyer's employment by a client, or as a reward for having made a recommendation resulting in the lawyer's employment by a client), and good cause appearing;

It is ORDERED that **MARTIN BURGER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.